IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HAMILTON ALEXANDER ESTRADA
MOSCOSO,

    *Petitioner*,

v.

VERNON LIGGINS, *et al.*,

    *Respondents.*

Case No. 26-cv-604-ABA

**ORDER**

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition") filed by Petitioner Hamilton Alexander Estrada Moscoso, the Joint Notice filed by the Parties (ECF No. 11), the entire record in this case, and good cause having been shown, and for the reasons stated in *Bautista Villanueva v. Bondi*, Case No. 25-cv-4152-ABA, 2026 WL 100595 (D. Md. Jan. 14, 2026), *Rivas-Munoz v. Noem*, Case No. 26-cv-45-ABA, 2026 WL 123968 (D. Md. Jan. 16, 2026), and *Blanco de Villatoro v. Bondi et al.*, Case No. 26-cv-493-ABA, ECF No. 8 at 2 (D. Md. Feb. 12, 2026), the Court hereby ORDERS as follows::

    1. The Petition is GRANTED IN PART and DENIED IN PART;

    2. Respondents are ENJOINED from detaining Petitioner under 8 U.S.C. § 1225(b);

    3. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

    4. The bond hearing is currently scheduled for March 4, 2026, and should be conducted pursuant to 8 U.S.C. § 1226(a);

    5. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

    6. This Order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing;

    7. The parties shall provide this Court with a Status Report within 14 days of this Order;

    8. Any request for attorney's fees and costs is DENIED; and

    9. The Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order.

Date: February 24, 2026

                                                                              /s/
                                                      Adam B. Abelson
                                                      United States District Judge